AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2005

at 4 o'clock and 15 min. P M.
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA
v.
**JOHN CERIZO**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **1:04CR00222-001**
USM Number: **91498-022**

Michael Weight, AFPD
Defendant's Attorney

**THE DEFENDANT:**

[✔] pleaded guilty to counts: <u>1 through 12 of the Indictment</u>.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| See next page. | | | |

The defendant is sentenced as provided in pages 2 through <u>7</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

JANUARY 12, 2005
Date of Imposition of Judgment

Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

JAN 1 8 2005
Date

AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

| CASE NUMBER: | 1:04CR00222-001 | | |
|---|---|---|---|
| DEFENDANT: | JOHN CERIZO | | Judgment - Page 2 of 7 |

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1343 and 2 | Wire fraud | 2/10/03 | 1 |
| 18 USC 1343 and 2 | Wire fraud | 4/19/03 | 2 |
| 18 USC 1343 and 2 | Wire fraud | 4/30/03 | 3 |
| 18 USC 1343 and 2 | Wire fraud` | 5/4/03 | 4 |
| 18 USC 1343 and 2 | Wire fraud | 5/17/03 | 5 |
| 18 USC 1343 and 2 | Wire fraud | 6/13/03 | 6 |
| 18 USC 1343 and 2 | Wire fraud | 6/20/03 | 7 |
| 18 USC 1343 and 2 | Wire fraud | 7/1/03 | 8 |
| 18 USC 1343 and 2 | Wire fraud | 7/24/03 | 9 |
| 18 USC 1343 and 2 | Wire fraud | 7/25/03 | 10 |
| 18 USC 1343 and 2 | Wire fraud | 8/11/03 | 11 |
| 18 USC 1343 and 2 | Wire fraud | 8/13/03 | 12 |

AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:   1:04CR00222-001
DEFENDANT:     JOHN CERIZO

Judgment - Page 3 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FIFTY SEVEN (57) MONTHS.

This term consists of FIFTY SEVEN (57) MONTHS as to each of Counts 1-12, to be served concurrently.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      1) Nellis; 2) Drug Treatment and Alcohol Treatment; 3) 500 Hour Comprehensive Drug Treatment Program.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before __ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal