AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

FEB 23 2007

at 10 o'clock and 50 min. A M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 04-00222SOM |

JOHN CERIZO  (01)

(Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST JOHN CERIZO and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

COUNTS 1-12   - WIRE FRAUD AIDING AND ABETTING

U.S. MARSHALS SERVICE HONOLULU, HI
2004 JUN -3 PM 1:07
RECEIVED

in violation of Title 18 United States Code, Section(s) 1343 and 2.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature] Laila M. Geronimo* | |
| Signature of Issuing Officer/Deputy Clerk | JUNE 3, 2004 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at   NO BAIL          By: Leslie E. Kobayashi, United States Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special Agent | |
| Date of Arrest  JUN 1 2 2004 | Rachel A Byrd | *[signature] Rachel A Byrd* |