ORIGINAL

AO 442 (Rev. 5/93) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

DISTRICT OF HAWAII

FEB 23 2007

at 10 o'clock and 50 min A M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

JOHN LEO CERIZO
JANETH CERIZO

**WARRANT FOR ARREST**

CR 04-222 SOM -01

CASE NUMBER: 04-0412 BMK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOHN LEO CERIZO
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to commit an offense against the United States, and Wire Fraud

RECEIVED 2004 MAY 27 PM 2:08 U.S. MARSHALS OFFICE HONOLULU, HI

in violation of
Title   18   United States Code, Section(s)   371 and 1343

| BARRY M. KURREN | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 05-26-2004   Honolulu, Hawaii |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ To Be Determined At Initial Appearance   by   *[signature]* BARRY M. KURREN
                                                                      Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special Agent | |
| DATE OF ARREST JUN 1 2 2004 | Rachel A Byrd | Rachel A Byrd |

This form was electronically produced by Elite Federal Forms, Inc.