ORIGINAL

JOHN CERIZO
91498-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

IN PRO SE DEFENDANT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 26 2007

at 4 o'clock and 30 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>          Plaintiff, )<br>          )<br>     vs.  )<br>          )<br>JOHN CERIZO, )<br>          )<br>          Defendant. )<br>_____ ) | CR. NO. 00222-001 SOM<br><br>MOTION FOR MODIFICATION OF<br>PRESENTENCE INVESTIGATION<br>REPORT; EXHIBITS "A", "B", "C",<br>"E", "F";<br>CERTIFICATE OF SERVICE |

MOTION FOR MODIFICATION OF THE PSR

COMES NOW, John Cerizo, defendant pro se in the above-mentioned criminal case, hereinafter "Cerizo", and hereby respectfully submits to this Honorable Court his Motion for Modification of the Presentence Investigation Report.

This motion is based on the files and records of this instant case, the denial by the Bureau of Prisons regarding the defendant's eligibility for the substance abuse program while he is in federal custody, as recommended in the Presentence Investigation Report and in the Sentence, and the following reasons.

## REASONS FOR MODIFICATION OF PSR

I. Defendant Cerizo was sentenced on January 12, 2005 by Honorable Judge Susan Oki Mollway to a term of 57-month imprisonment. See Exhibit "A" herewith appended.

II. On sheet 2 (IMPRISONMENT), the Court makes the following recommendations to the Bureau of Prisons: (see Exhibit "A")

    1. Nellis;

    2. Drug Treatment and Alcohol Treatment;

    3. 500 Hour Comprehensive Drug Treatment Program.

III. Paragraph 110 and the subsequent addemdum of the presentence report reflect that Cerizo has had a long history of alcoholism and its associated gout problem. See Exhibit "B" attached.

IV. Defendant Cerizo applied to Drug Abuse Program while he was confined at FMC-Lexington. After a series of exams and tests, Cerizo was denied eligibility to be admitted into the "DAP". See Exhibit "C" herewith appended.

V. Dr. Kristen Hungness, Drug Abuse Program Coordinator, provided the following comments in the denial of the "DAP":

> "Per Bureau of Prisons' Program Statement 5330.10, Drug Abuse Programs Manual-Inmate, inmate does not meet the eligibility criteria for the Bureau of Prisons' Residential Drug Abuse Program."

See Exhibit "C" herewith attached.

VI. The reasons for denial of the Defendant's eligibility for the Drug Abuse Program were a result of tests and exams, and clearly show that Cerizo had previously never had any alcoholism problem in his life.

VII. Since Defendant Cerizo was denied the "DAP", he was

therefore denied "early release" (12 months off the sentence) as mandated by "DAP".

VIII. This particular situation has created a mal-fait problem for the Defendant. On the one hand, the Court recommended the Drug Abuse Program. On the other hand, the Bureau of Prisons denied it. Defendant Cerizo is **ergo** prejudiced by the fact that the pre-sentence report, paragraph 110 and its addendum, clearly indicate that Cerizo has a history of alcoholism. See Exhibit "B" attached.

IX. Defendant Cerizo wrote to Mr. Michael Weight, his defense lawyer, a letter on November 13, 2005, requesting him to file a motion to modify the presentence report to reflect the true fact that Cerizo never had any history of alcoholism in his life, as certified by Dr. Kristen Hungness of the Bureau of Prisons. The tests and exams administered upon Cerizo indicated no symtoms of prior alcohol consumption to be eligible for the "DAP", and totally contracdicted any statement in the presentence report. See Exhibit "D" herwith attached.

## CONCLUSION

Based on the foregoing reasons, Defendant Cerizo moves this Court to order the Probation Officer to modify the presentence report to reflect the true fact that Cerizo never actually had an alcoholism problem in his life, as confirmed by the Bureau of Prisons Drug Abuse Program personnel.

DATED: Lompoc, California this DEC. 18, 2007

Respectfully submitted,

John Cerizo
Pro Se Defendant

- 3 -