With respect to Paragraph 99, Mr. Cerizo's first wife, Patricia Madigan, passed away in <u>1992</u>, not 1980.

With respect to Paragraph 110, upon reflection and in an effort to be candid, Mr. Cerizo states that although at the time of the presentence interview he stated that he had no history of alcohol abuse, he indeed had a history of alcohol abuse and possible alcoholism. He was reluctant to share this with the probation officer because of the social stigma attached to such an admission. He reports that evidence of his alcohol problem is his long history of gout, which is exacerbated by alcohol consumption. He has been on medication for his gout since 1989 and notwithstanding scrupulously taking his medication he had attacks of gout in the subsequent years and was told by his physicians that it was due to his alcohol consumption. In the months that he has been incarcerated at the FDC Honolulu he has not had any attacks of gout, nor has he had any alcohol. Recognizing the problem, Mr. Cerizo wants the Court to recommend a substance abuse program while he is in federal custody.

In the Government's Sentencing Statement, the government points out that notwithstanding the current unsettled state of the applicability of U.S.S.G. (Sentencing Guidelines) the government and defendant stipulated in the plea agreement that the 2003 Sentencing Guidelines shall apply in this case. This is

EXH "B"