BP-S761.055 **RESIDENTIAL DRUG ABUSE PROGRAM NOTICE TO INMATE** CDFRM
DEC 03
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| To | Cerizo, John | Reg No. | 91498-022 |
|---|---|---|---|
| From | Dr. Kristen Hungless *(for)* | Institution | FMC-LEXINGTON |
| Title | Drug Abuse Program Coordinator | Date | 07/07/05 |

**SECTION 1 - RESIDENTIAL DRUG ABUSE PROGRAM QUALIFICATION**

You have requested participation in the Bureau's Residential Drug Abuse Treatment Program. My review of your case indicates that you do not meet the admission's criteria for the Residential Drug Abuse Program. It appears that you (___ DO/ _X_ DO NOT) qualify to participate in the Residential Program. State the reason(s) below.

Comments

Per Bureau Of Prisons' Program Statement 5330.10, Drug Abuse Programs Manual- Inmate, inmate does not meet the eligibility criteria for the Bureau of Prisons' Residential Drug Abuse Program.

**SECTION 2 - PROVISIONAL § 3621 (E) ELIGIBILITY** (To be completed only if the inmate has completed or qualifies for the Residential Drug Abuse Treatment Program.)

For Residential Drug Abuse Treatment Program graduates to be eligible for early release, they must (DAPC must "x.")

| ____ Not an INS detainee. | ____ Not a pre-trial inmate. |
|---|---|
| ____ Not a contractual boarder. | ____ Not an "old law" inmate. |
| ____ Not have a current crime that is an excluding offense in BOP categorization of offenses policy (Mark an "x" in the appropriate block on the right). | ____ Not a crime of violence as contained in BOP Categorization of Offenses policy. |
| | ____ Not an excluding crime by the Director's discretion in Categorization of Offenses policy. |

____ Not have any prior felony or misdemeanor adult conviction for homicide, forcible rape, robbery, aggravated assault, or sexual abuse of children.

My current assessment, in consultation with your unit team, is that it(___ **DOES**/___ **DOES NOT**) appear that you are provisionally eligible for an early release. If not, list **ALL** the reason(s).

Comments

If applicable, I understand that a determination of early release for me is <u>provisional, may change</u>, and depends on continued positive behavior and successful participation in all components of the program, including community transitional services.

| Inmate's Signature (indicate if refused to sign) *[signature]* | Refused to sign |
|---|---|

cc: Drug Abuse Treatment File; Unit Team (place in section 4 of inmate central file; Inmate

(This form may be replicated via WP)

EXH "C"