John Cerizo
91498022
Federal Prison Camp
3705 West Farm Road
Lompoc Ca 93436-2756


Nov. 13, 2005


Michael A Weight
Assistant Federal Defender
300 Ala Moana Blvd Suite 7-104
Honolulu Hi 96850-5269


Dear Michael:

Enclosed is the final report from Dr. Hungness that I do not qualify for the Drug Abuse Program based on their studies and exams they administered to me during the summer of 2005. This clears the doubt that I am not an alcoholic, and it has no correlationship with my gout.

Will you be able to change the PSI paragraph 110 to reflect this?


Sincerely,

*[signature]*
John Cerizo

EXH "D"