# Certificate Of Completion

## 40 Hour
## Drug Education Program

**John Cerizo**
**#91498-022**

has successfully completed
the requirements of the
40 Hour Drug Education Program.

March 16th, 2006


A. Cooks
Drug Treatment Specialist



Dr. Callis
Acting Chief Psychologist

EXH "E"