CERTIFICATE OF SERVICE

I, John Cerizo, certify that a true copy of the

foregoing document has been mailed to the following party, postage

prepaid, at his last known address:

William L. Shipley
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

Attorney for the United States of America

DATED: Lompoc, California    DEC, 18, 2007

John Cerizo