Date DEC 18, 2007

Clerk
Office of the Clerk
United States District Court
District of Hawaii
300 Ala Moana Blvd., Rm C-338
Honolulu, HI 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT

DEC 26 2007
4:30 pm
DISTRICT OF HAWAII

RE: Motion for Modification of PSR - Please send back a stamp-filed copy to me for record.

Dear Clerk:

    Please send back to me for my record, a stamp-filed copy of the enclosed "Motion for Modification of the PSR".

    For your convenience, I enclose a self-addressed, pre-stamped envelope herewith.

    Thank you very much for your assistance in this matter.

    Sincerely,