John Cerizo
91498
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

**** LEGAL MAIL ****

OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., RM C-338
HONOLULU, HI 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 26 2007  4:30pm
DISTRICT OF HAWAII




